UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Todd C. Bank, pro se,<br><br>          Plaintiff,<br><br>      -against-<br><br>Alliance Health Networks, LLC, and<br>MedSource Rx Pharmacy, LLC<br><br>          Defendants. | Civil Action No.: 15-cv-00213 (JG) (VMS)<br><br>**NOTICE OF MOTION**<br><br>**(ORAL ARGUMENT REQUESTED)** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Andrew Case in Support of Defendants' Motion to Dismiss dated September 11, 2015 and all the exhibits annexed thereto, the Memorandum of Law in Support of Defendants' Motion to Dismiss, dated September 11, 2015 and all prior proceedings herein, Defendants Alliance Health Networks, LLC and MedSource Rx Pharmacy, LLC (collectively "Defendants"), by their undersigned attorneys, will move this Court, before the Honorable John Gleeson, in Courtroom 6C South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on Friday, October 9, 2015 at 10:30 a.m., for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) dismissing the complaint in this matter in its entirety; and (2) any other and further relief the Court deems equitable and just.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order dated August 31, 2015, opposition papers to this motion, if any, shall be filed on or before Friday, September 25, 2015 and Defendants' reply, if any, shall be filed on or before Friday, October 2, 2015.

Dated: New York, NY.

September 11, 2015

Respectfully submitted,

Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036
(212) 790-4500
Christine M. Reilly, *pro hac vice*

By: _ s/ Andrew Case _
    Andrew Case
    Attorneys for Defendants
    Alliance Health Networks, LLC and
    Medsource Rx Pharmacy, LLC