```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TODD C. BANK, pro se,                                          JUDGMENT
                                                               15-CV- 0213 (JG)
                        Plaintiff,

        -against-

ALLIANCE HEALTH NETWORKS, LLC,
formerly Alliance Health Networks, Inc.; and
MEDSOURCE RX PHARMACY, LLC, doing
business as Medsource Diabetic, Medsource RX,
and Your Diabetic Pharmacy,

                        Defendants.
-----------------------------------------------------------X
```

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 16, 2015, granting Defendants' motion to dismiss; and directing the Clerk of Court to enter judgment in favor of Plaintiff Todd C. Bank in the amount of $5,004.00 pursuant to Defendants Rule 68 Offer of Judgment; it is

ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that judgment is hereby entered in favor of Plaintiff Todd C. Bank and against Defendants Alliance Health Networks, LLC, formerly Alliance Health Networks, Inc. and Medsource Rx Pharmacy, LLC, in the amount of $5,004.00.

Dated: Brooklyn, New York                              Douglas C. Palmer
       October 20, 2015                                Clerk of Court

                                              by:      /s/ Janet Hamilton
                                                       Deputy Clerk