UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>ALLIANCE HEALTH NETWORKS, LLC, formerly Alliance Health Networks, Inc.; and MEDSOURCE RX PHARMACY, LLC, doing business as Medsource Diabetic, Medsource RX, and Your Diabetic Pharmacy,<br><br>*Defendants*. | 1:15-cv-00213-JG-VMS<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE**, that Plaintiff, Todd C. Bank, hereby appeals the following to the United States Court of Appeals for the Second Circuit: each and every part of the Order of this Court dated and entered with the clerk on October 16, 2015.

Dated: December 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　 *s/ **Todd C. Bank***　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Todd C. Bank
　　　　　　　　　　　　　　　　　　　　　　　119-40 Union Turnpike
　　　　　　　　　　　　　　　　　　　　　　　Fourth Floor
　　　　　　　　　　　　　　　　　　　　　　　Kew Gardens, New York 11415
　　　　　　　　　　　　　　　　　　　　　　　(718) 520-7125
　　　　　　　　　　　　　　　　　　　　　　　TB 6825

　　　　　　　　　　　　　　　　　　　　　　　*Plaintiff Pro Se*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2015, a true and accurate copy of the foregoing document is being filed electronically via the Court's electronic-filing (ECF) system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and copies will be mailed to those parties, if any, who are not served via the Court's ECF system.

Dated: December 14, 2015

   *s/ Todd C. Bank*
Todd C. Bank